DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NIPPONKOA INSURANCE COMPANY, LTD.,    :      08 Civ.  08 CIV. 4790

         *Plaintiff,*    :                                JUDGE PAULEY

   - against -    :      **STATEMENT UNDER**
                            **F.R.C.P. 7.1**

J.C. DUGGAN, INC.,    :

         *Defendant.*    :
------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Nipponkoa Insurance Company, Ltd. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- NipponKoa Life Insurance Company, Ltd.
- NipponKoa Insurance Company, Ltd.

Date:  Rye, New York
        May 22, 2008

                                                MALOOF BROWNE & EAGAN LLC

                                                By: _____
                                                  David T. Maloof (DM 3350)
                                                  Thomas M. Eagan (TE 1713)
                                                  411 Theodore Fremd Avenue, Suite 190
                                                  Rye, New York 10580-1411
                                                  (914) 921-1200
                                                  *Attorneys for Plaintiff*